FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN -6 PM 2: 46
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SEAFOODLICIOUS, INC., a )
Georgia Corporation, VINCENT )
TANG, an individual, and )
JAMES LEE, an individual, )
)
Plaintiffs, )
)
v. ) CASE NO. CV419-116
)
UNITED STATES OF AMERICA, )
)
Defendant. )

## O R D E R

Before the Court is Plaintiffs' Unopposed Motion to Permit Telephonic Joint Conference to Prepare Joint Status Report. (Doc. 25.) According to the Scheduling Order, the parties' Joint Status Report is due for filing on January 7, 2020. (Doc. 17.) The Court notes that the Plaintiffs' Unopposed Motion to Permit Telephonic Joint Conference to Prepare Joint Status Report was not filed until 5:08 PM on Friday, January 3, 2020, which was after the close of business. (Doc. 25.) Because the Court was not open on Saturday, January 4, or Sunday, January 5, Plaintiffs' Motion was called to the Court's attention on the morning of January 6, 2020. Due to an apparent lack of diligence by counsel, it is obvious that the parties' Joint Status Report will not be filed on or before January 7, 2020.

Accordingly, Plaintiffs' Motion (Doc. 25) is reluctantly **GRANTED** and the parties will have until **January 13, 2020** to file the Joint Status Report. Failure to file the Joint Status Report by January 13, 2020 will result in the Court dismissing this action. Additionally, Defendant is **ORDERED** to provide the Court and Plaintiffs with a copy of the administrative record on or before January 17, 2020.

SO ORDERED this 6th day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA