IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **SEAFOODLICIOUS, INC.**, a Georgia Corporation, **VINCENT TANG**, an Individual, **JAMES LEE,** an Individual, Plaintiffs, -vs- **UNITED STATES OF AMERICA**, Defendant | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:19-cv-116 |

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Seal. For good cause shown, because less drastic alternatives are not available, and in the interest of protecting confidential business and personal information it is hereby

ORDERED that Plaintiffs' Motion to Seal is **GRANTED**, and the following documents shall be filed under seal:

1.  Food and Nutrition Service Retailer Operation Division Retailer Operation Branch Standard Operating Procedure ("SOP"), No. 100.01 attached as Exhibit B to Plaintiffs' Response and Memorandum in Opposition to Defendant's Motion for Summary Judgment.

IT IS SO **ORDERED**.

Dated: January 28, 2020.

_____
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**