IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SEAFOODLICIOUS, INC., a Georgia Corporation; VINCENT TANG, an individual; and JAMES LEE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. CV419-116 |

**O R D E R**

On March 28, 2020, this Court canceled a hearing to determine the merits of Plaintiffs' Motion for Preliminary Injunction due to the COVID-19 pandemic. (Doc. 43.) On July 27, 2020, this Court directed the Clerk of Court to administratively terminate the Government's Motion for Summary Judgment because the Court could not schedule a hearing on Plaintiffs' motion for preliminary injunction. (Doc. 49.) On October 5, 2021, the Court directed the parties to show cause whether a hearing was still needed to address Plaintiffs' motion for preliminary injunction. (Doc. 50.) On October 19, 2021, Plaintiffs and Defendant filed responses to the Court's Order. Plaintiffs maintain a hearing on Plaintiffs' motion for preliminary injunction is still necessary. (Doc. 51 at 8-9.) Defendant, however, argues a hearing is not required. (Doc. 52 at 4.)

Due to the COVID-19 pandemic and constraints on courtroom availability in the Savannah Division, there have been unfortunate delays in preparing and scheduling civil hearings. Until such time that the Court can schedule a hearing on Plaintiffs' motion for preliminary injunction, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY STAY** this case. Upon completion of the hearing, the Court will issue further direction to the Clerk regarding the status of the case and instruction for the currently administratively terminated motions.

SO ORDERED this 8th day of September 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA